**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.                                                     Case No: 8:12-cv-2547-T-30TBM

BARRY M. FLORESCUE, *et. al.*

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Stay or for an Extension of Time to Respond to Defendant John P. O'Neil's Motion for Summary Judgment on Count I and Supporting Memorandum of Law (Dkt. #94).

Plaintiff brings this action as the Receiver for Century Bank. It asserts that Defendant John P. O'Neil's Motion for Summary Judgment on Count I of the Complaint filed under seal (*see* Dkt. #87) is premature. Count I of Plaintiff's complaint asserts a cause of action for ordinary negligence against O'Neil who was the president, bank officer and a director at Century Bank. Plaintiff argues that resolution of the Motion for Summary Judgment requires a fact based inquiry into whether O'Neil acted in his capacity as a bank officer, director, or combination of both when he engaged in the allegedly high risk credit transactions at issue in this case. Therefore, it argues that the Motion for Summary

Judgment as to Count I is premature and will not be ripe for consideration until after the fact discovery deadline of July 28, 2014. The Court agrees.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Stay or for an Extension of Time to Respond to Defendant John P. O'Neil's Motion for Summary Judgment on Count I and Supporting Memorandum of Law (Dkt. #94) is GRANTED.

2. Plaintiff's Response to Defendant John P. O'Neil's Motion for Summary Judgment on Count I of the Complaint filed under seal (Dkt. #88) is due on or before July 29, 2014.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of April, 2014.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2012\12-cv-2547 motion to stay 94.docx