**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.                                                Case No: 8:12-cv-2547-T-30TBM

BARRY M. FLORESCUE, et al.,

    Defendants.
_____

ORDER

The Court has been advised via a Report of Mediation (Dkt. #122) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of October, 2014.

                                                                 JAMES S. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record